IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THE SEGERDAHL CORP. d/b/a SG360°, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:17-cv-03015 ) |
| ANTHONY FERRUZZA, MICHAEL FERRUZZA, DANIELLA TUCCI, CHRISTOPHER KNOLL, ERICA KNOLL, EUGENE "CORKY" CZECH, AMERICAN LITHO, INC., and WORLD VISUAL GROUP, LLC, | ) District Judge Martha M. Pacold ) ) Magistrate Judge Keri L. Holleb Hotaling ) ) ) ) ) |
| Defendants. | ) ) |

**ALL PARTIES' STIPULATION OF DISMISSAL
WITH PREJUDICE AND WITHOUT COSTS OF
<u>DEFENDANTS ERICA KNOLL AND EUGENE CZECH</u>**

NOW COME ALL PARTIES, Plaintiff THE SEGERDAHL, LLC, f/k/a THE SEGERDAHL CORP., D/B/A SG360°, and Defendants ANTHONY FERRUZZA, MICHAEL FERRUZZA, DANIELLA TUCCI, CHRISTOPHER KNOLL, ERICA KNOLL, EUGENE "CORKY" CZECH, AMERICAN LITHO, INC., and WORLD VISUAL GROUP, LLC, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and by their undersigned counsel, hereby stipulate to the dismissal with prejudice and without costs of the above-referenced action in its entirety with respect to Defendants Erica Knoll and Eugene "Corky" Czech (all Parties to bear their or its own costs and attorneys' fees). This stipulation of dismissal shall have no effect on any other pending claims against Defendants other than Erica Knoll and Eugene Czech, all of which shall remain pending as of this filing.

1

| | |
|---|---|
| THE SEGERDAHL, LLC, f/k/a THE SEGERDAHL, CORP., d/b/a SG360°, Plaintiff<br><br>By: */s/ Nicholas Anaclerio*<br>     One of Its Attorneys<br><br>Nicholas Anaclerio, Bar No. 6187889<br>Chad A. Schiefelbein, Bar No. 6238031<br>Jonathon P. Reinisch, Bar No. 6317528<br>Allison E. Czerniak, Bar No. 6319273<br>Vedder Price P.C.<br>222 North LaSalle Street<br>Chicago, Illinois 60601<br>Tel: 312.609.7500 | ANTHONY FERRUZZA; MICHAEL FERRUZZA; DANIELLA TUCCI; CHRISTOPHER KNOLL; ERICA KNOLL; AND EUGENE "CORKY" CZECH, Defendants<br><br>By: */s/ Keith Vogt*<br>     One of Their Attorneys<br><br>Keith Vogt<br>Vogt IP<br>1033 South Blvd.<br>Suite 200<br>Oak Park, IL 60302<br>Tel: 708.203.4787 |

AMERICAN LITHO, INC. AND WORLD VISUAL GROUP, LLC , Defendants

By: */s/ Christopher Kip Schwartz*
     One of Their Attorneys

Christopher Kip Schwartz*
UB Greensfelder LLP
1054 31st Street NW
Suite 280
Washington DC 20007-4453
Tel:  202.342.0413

Christiane M. McKnight
UB Greensfelder LLP
200 West Madison
Suite 3300
Chicago, IL 60606-3607
Tel: 312.658.6500

*Admitted *Pro Hac Vice*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of April, 2025, a true and correct copy of the foregoing **STIPULATION OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS OF DEFENDANTS ERICA KNOLL AND EUGENE "CORKY" CZECH** was electronically filed with the Clerk of the Court using the Court's CM/ECF system and was thereby served electronically by the CM/ECF system on all counsel of record.

*s/ Nicholas Anaclerio*
An attorney for The Segerdahl LLC,
f/k/a The Segerdahl Corp., d/b/a SG360°

VP/#71031811.3