IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THE SEGERDAHL CORP. d/b/a SG360°, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) No. 1:17-cv-03015 |
| v. | ) |
| | ) District Judge Martha M. Pacold |
| ANTHONY FERRUZZA, MICHAEL FERRUZZA, DANIELLA TUCCI, CHRISTOPHER KNOLL, ERICA KNOLL, EUGENE "CORKY" CZECH, AMERICAN LITHO, INC., and WORLD VISUAL GROUP, LLC, | ) |
| | ) Magistrate Judge Keri L. Holleb Hotaling |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| Defendants. | ) |
| | ) |

**ALL PARTIES' STIPULATION OF DISMISSAL
WITH PREJUDICE AND WITHOUT COSTS**

NOW COME ALL PARTIES, Plaintiff THE SEGERDAHL, LLC, f/k/a THE SEGERDAHL CORP., D/B/A SG360°, and Defendants ANTHONY FERRUZZA, MICHAEL FERRUZZA, DANIELLA TUCCI, CHRISTOPHER KNOLL, AMERICAN LITHO, INC., and WORLD VISUAL GROUP, LLC, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and by their undersigned counsel, hereby stipulate to the dismissal with prejudice and without costs of the above-referenced action in its entirety, each party to bear its own costs, expenses and attorneys' fees.

| | |
|---|---|
| THE SEGERDAHL, LLC, f/k/a THE SEGERDAHL, CORP., d/b/a SG360°, Plaintiff | ANTHONY FERRUZZA; MICHAEL FERRUZZA; DANIELLA TUCCI; CHRISTOPHER KNOLL, Defendants |
| By: _/s/ Nicholas Anaclerio_ One of Its Attorneys | By: _/s/ Keith Vogt_ One of Their Attorneys |
| Nicholas Anaclerio, Bar No. 6187889 | |

1

| | |
|---|---|
| Chad A. Schiefelbein, Bar No. 6238031<br>Jonathon P. Reinisch, Bar No. 6317528<br>Allison E. Czerniak, Bar No. 6319273<br>Vedder Price P.C.<br>222 North LaSalle Street<br>Chicago, Illinois 60601<br>Tel: 312.609.7500 | Keith Vogt<br>Vogt IP<br>1033 South Blvd.<br>Suite 200<br>Oak Park, IL 60302<br>Tel: 708.203.4787 |

AMERICAN LITHO, INC. AND WORLD VISUAL GROUP, LLC , Defendants

By: */s/ Christiane M. McKnight*
      One of Their Attorneys

Christiane M. McKnight
UB Greensfelder LLP
200 West Madison
Suite 3300
Chicago, IL 60606-3607
Tel: 312.658.6500

Christopher Kip Schwartz*
UB Greensfelder LLP
1054 31st Street NW
Suite 280
Washington DC 20007-4453
Tel:  202.342.0413

*Admitted *Pro Hac Vice*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of September, 2025, a true and correct copy of the foregoing **STIPULATION OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS** was electronically filed with the Clerk of the Court using the Court's CM/ECF system and was thereby served electronically by the CM/ECF system on all counsel of record.

                                                  *s/ Nicholas Anaclerio*
                                                  An attorney for The Segerdahl LLC,
                                                  f/k/a The Segerdahl Corp., d/b/a SG360°